# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-08-00146-CR

---

**Carla Deann Rolla, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
NO. CR-02-052, HONORABLE GARY L. STEEL, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

The reporter's record has not been filed and is overdue. The court reporter has advised the Court that no request or payment for the record has been made. *See* Tex. R. App. P. 35.3(b). Appellant's counsel, Donna Hall Keith, who our records reflect is retained, did not respond to the clerk's overdue notice.

This is an appeal from an order revoking community supervision. The clerk's record reflects that appellant was represented at the February 7, 2008, revocation hearing by William D. Old, III, who was appointed on December 27, 2007. After the trial court revoked supervision and imposed sentence, Old timely filed a motion to withdraw (which included a request that substitute counsel be appointed), a notice of appeal, a request for preparation of the reporter's record, an affidavit of indigence signed by appellant, and a motion for a free reporter's record on

appeal. The trial court granted the motion to withdraw and substituted Keith as counsel on appeal. No action appears to have been taken on the request for a free record.

The appeal is abated and the trial court is instructed to determine, following a hearing if necessary, whether appellant is presently indigent. *See* Tex. R. App. P. 20.2. If the court finds that appellant is indigent, it shall order the preparation of the reporter's record at no cost to appellant. If necessary, the court shall also appoint counsel to effectively represent appellant in this appeal. Copies of all findings, conclusions, orders, and a transcription of the reporter's notes if a hearing is held, shall be tendered for filing in this Court no later than October 3, 2008.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Waldrop and Henson;

Abated

Filed: September 5, 2008

Do Not Publish

2